# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONELL S. RHODES, | : | Civil No. 1:23-CV-00198 |
| Petitioner, | : | |
| v. | : | |
| BUREAU OF PRISONS, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 28th day of July, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241, Doc. 1, is **DISMISSED**.

2. The Clerk of Court shall **CLOSE** this case.

                               s/Jennifer P. Wilson
                               JENNIFER P. WILSON
                               United States District Judge
                               Middle District of Pennsylvania